**Vacate; Affirm in part; Render in part and Opinion Filed February 6, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00344-CV**

**ADVANTAGE AVIATION TECHNOLOGIES, INC., Appellant**
**V.**
**AXCESS AVIATION MAINTENANCE SERVICES, INC., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-03315**

## SUPPLEMENTAL OPINION

Before Justices Molberg, Pedersen, III, and Smith
Opinion by Justice Molberg

Before the Court is appellee Axcess Aviation Maintenance Services, Inc.'s

"Motion to Correct Judgment and Render Judgment Against Surety," which seeks

to correct our December 27, 2023 judgment in accordance with Texas Rule of

Appellate Procedure 43.5. *See* TEX. R. APP. P. 43.5.[1]

We GRANT the motion to the extent we (1) ORDER the Clerk to file, as of

the date of this opinion, the supplemental clerk's record appellee submitted to this

---

[1] The rule states, "When a court of appeals affirms the trial court judgment, or modifies that judgment and renders judgment against the appellant, the court of appeals must render judgment against the sureties on the appellant's supersedeas bond, if any, for the performance of the judgment and for any costs taxed against the appellant." TEX. R. APP. P. 43.5.

court on January 17, 2024; (2) VACATE our December 27, 2023 judgment, and (3) AFFIRM the trial court's judgment against appellant Advantage Aviation Technologies, Inc. and RENDER JUDGMENT against Lexington National Insurance Company on the claims affirmed against appellant for the performance of the judgment and for any costs taxed against appellant, subject to the terms and conditions of the supersedeas bond filed by appellant.

230344f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ADVANTAGE AVIATION
TECHNOLOGIES, INC., Appellant

No. 05-23-00344-CV          V.

AXCESS AVIATION
MAINTENANCE SERVICES, INC.,
Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-03315.
Opinion delivered by Justice
Molberg. Justices Pedersen, III and
Smith participating.

In accordance with this Court's supplemental opinion of this date, we **VACATE** our December 27, 2023 judgment, **AFFIRM** the trial court's judgment against appellant Advantage Aviation Technologies, Inc., and **RENDER JUDGMENT** against Lexington National Insurance Company on the claims affirmed against appellant for the performance of the judgment and for any costs taxed against appellant, subject to the terms and conditions of the supersedeas bond filed by appellant.

It is **ORDERED** that appellee AXCESS AVIATION MAINTENANCE SERVICES, INC. recover its costs of this appeal from appellant ADVANTAGE AVIATION TECHNOLOGIES, INC.

Judgment entered this 6th day of February, 2024.